# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Gesner, Beth P. | **2. Court or Organization**<br><br>U.S District Court - Md. | **3. Date of Report**<br><br>06/17/2021 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. Magistrate - Full | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse 101 West Lombard St. Baltimore, Md. 21201 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | ▨ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▨ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank | Promissory Note - Law Firm capital | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. M & T Bank Common | A | Dividend | K | T | | | | | |
| 2. Brookfield Common | A | Dividend | K | T | | | | | |
| 3. Berkshire Hathaway Common | | None | N | T | | | | | |
| 4. Altria Common | D | Dividend | M | T | Sold<br>(part) | 03/25/20 | L | | |
| 5. Fidility Muni Money Fund | B | Interest | N | T | | | | | |
| 6. TBT (ETF) | | None | J | T | | | | | |
| 7. Telefonica Common | A | Dividend | | | Sold | 12/29/20 | J | | |
| 8. DOJ Credit Union | C | Interest | O | T | | | | | |
| 9. Fidility Cash Reserves | A | Interest | M | T | | | | | |
| 10. Markel Common | | None | L | T | | | | | |
| 11. Fidility Cap. App. Fund | | None | | | Sold | 03/25/20 | K | E | |
| 12. Fidility Aggressive Growth Fund | | None | | | Sold | 03/25/20 | K | E | |
| 13. Fidility Latin Am. Fund | A | Distribution | K | T | | | | | |
| 14. Eagle Bank Common | B | Dividend | M | T | | | | | |
| 15. Investco Fundamental Investor f/k/a Oppen. Flex. Strat. | A | Distribution | J | T | | | | | |
| 16. Putnam Sustainable Leaders Fund f/k/a Multi-Cap Growth Fund | A | Distribution | L | T | | | | | |
| 17. AT&T Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Occ. Pet. Common | C | Dividend | K | T | | | | | |
| 19. IBM Common | A | Dividend | J | T | | | | | |
| 20. Comcast Common | A | Dividend | K | T | | | | | |
| 21. Fidility Div. Int. Fund | A | Dividend | L | T | | | | | |
| 22. PNC Bank (IRA) | A | Interest | L | T | | | | | |
| 23. Dollar Bank (IRA) | A | Interest | K | T | | | | | |
| 24. T. Rowe Large Cap Fund | E | Distribution | O | T | Buy (add'l) | 3/20/20 | M | | |
| 25. Aristole Sm/Mid Cap Fund migrated from CRM Sm Cap. Fund | E | Distribution | O | T | | | | | |
| 26. Oakmark Select | | None | | | Buy (add'l) | 3/20/20 | M | | |
| 27. Oakmark Select | | None | | | Sold | 5/19/20 | N | E | |
| 28. Am. Funds Eur. | | None | | | Sold | 3/20/20 | J | A | |
| 29. Wells Emerging Growth | | None | | | Sold | 3/20/20 | J | A | |
| 30. Morgan Stanley | | None | | | Sold | 3/20/20 | L | E | |
| 31. Aristole Sm/Mid Cap Fund migrated from Vanguard Mid Cap by 401k | | None | O | T | | | | | |
| 32. Vanguard Emerging Markets Fund | | None | | | Sold | 3/20/20 | J | B | |
| 33. Vanguard Global Fund | | None | | | Sold | 3/20/20 | J | B | |
| 34. Natixis AEW Real Estate Fund | | None | | | Sold | 3/20/20 | L | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Money Market | A | Interest | N | T | Buy | 3/26/20 | M | | |
| 36. Vanguard Money Market | A | Interest | | | Buy<br>(add'l) | 4/7/20 | K | | |
| 37. Vanguard Money Market | A | Interest | | | Buy<br>(add'l) | 4/9/20 | K | | |
| 38. Vanguard Money Market | A | Interest | | | Buy<br>(add'l) | 4/17/20 | K | | |
| 39. Vanguard Money Market | | None | | | Sold<br>(part) | 12/28/20 | K | | |
| 40. Dodge and Cox Stock Fund | A | Distribution | K | T | Buy | 3/20/20 | K | | |
| 41. Vanguard Extended Index Fund | | None | K | T | Buy | 12/28/20 | K | | |
| 42. Wells Fargo Money Market | A | Interest | K | T | | | | | |
| 43. Broadstone Barrington Apts. f/k/a<br>Broadstone Investors II, L.P. | B | Distribution | L | R | | | | | |
| 44. Principal Blue Chip Portfilio A | | None | M | T | | | | | |
| 45. Scholar's Edge Agg. Port. A | | None | M | T | | | | | |
| 46. Vangaurd Mid Cap Index | | None | K | T | | | | | |
| 47. Principal Sys. Inter. Port. | | None | K | T | | | | | |
| 48. Severn Savings Money Market | B | Interest | M | T | | | | | |
| 49. PNC Money Market | B | Interest | P1 | T | | | | | |
| 50. BAT Common | B | Dividend | J | T | Sold<br>(part) | 12/29/20 | J | | |
| 51. Alibaba Common | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. California Resourses Common | | None | | | Sold | 11/4/20 | J | | |
| 53. Fireeye Common | | None | | | Sold | 3/24/20 | J | | |
| 54. Highlands Bluffs, LLC | | None | L | R | | | | | |
| 55. MLG Private FundII, LLC | F | Distribution | M | R | | | | | |
| 56. Westmount at Summer Cove LLC | B | Distribution | L | R | | | | | |
| 57. Shelbourne Falcon Hotel RL DC LLC | | None | | | Sold | 02/18/20 | J | | |
| 58. Windsor Village SA Investors LLC | | None | | | Sold | 11/13/20 | L | | |
| 59. Westmount Cape Cod Investors LLC | C | Distribution | L | R | | | | | |
| 60. MLG Private Fund III | E | Distribution | N | R | | | | | |
| 61. MLG/PF Mercer Co-Investor | B | Distribution | L | R | | | | | |
| 62. Westmount at Copper Mill Investors | E | Distribution | L | R | | | | | |
| 63. RS Greensboro Portfolio | C | Distribution | L | R | | | | | |
| 64. RS-The Mill | C | Distribution | L | R | | | | | |
| 65. Broadstone Brambleton Town Center f/k/a Broadstone Investors V | G | Distribution | M | R | | | | | |
| 66. SHS ETF | A | Dividend | K | T | | | | | |
| 67. Wells Fargo Managed Dividend Portfolio | D | Dividend | N | T | | | | | |
| 68. Melco Resorts Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FSCT Pref Series D | E | Dividend | M | T | | | | | |
| 70. MLG Private Fund IV | E | Distribution | M | R | | | | | |
| 71. MLG SW Indutrial Co-Investor | D | Distribution | L | R | | | | | |
| 72. Westmount Houston Street LLC | C | Distribution | L | R | | | | | |
| 73. Trials at Creekside LLC | C | Distribution | L | R | | | | | |
| 74. Huntington Bank Common | A | Dividend | J | T | | | | | |
| 75. Howard Bank Money Market (CD matured) | D | Interest | N | T | | | | | |
| 76. Sandy Spring Bank CD | B | Interest | N | T | | | | | |
| 77. Severn Bank Common | A | Dividend | K | T | | | | | |
| 78. Broadstone Marque Investors, LLC | E | Distribution | M | R | | | | | |
| 79. Palantir Common | | None | K | T | Buy | 10/2/20 | J | | |
| 80. Twitter Common | | None | J | T | Buy | 4/3/20 | J | | |
| 81. Penn Mutual Annunity | | None | N | T | Buy | 4/13/20 | N | | |
| 82. BB&T Money Market | A | Interest | N | T | Open | 3/16/20 | M | | |
| 83. First Nat. Bank Money Market | A | Interest | N | T | Open | 3/16/20 | M | | |
| 84. M&T Bank Money Market | A | Interest | N | T | Open | 3/16/20 | M | | |
| 85. Altrius Managed Fund | | None | N | T | Buy | 9/10/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 06/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  MLG Toro Port Co-Investor | E | Distribution | M | R | | | | | |
| 87.  MLG Stone Canyon Co-Investor | | None | L | R | Buy | 10/27/20 | L | | |
| 88.  Forefront Managed Port. | | None | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 25 and Line 31 - The value of these holdings shown on lines 25 and 31 are, in both cases, the total amount of the combined  holdings shown on lines 25 and 31. This holding was migrated from two funds into this fund by 401k plan manager.

Part VII, Line 35 - value refects the total value of Vanguard Money Market purchases and sales reflected in lines 35 - 39.

Part VII, Line 43 - Investment acquired in 2004 for $100,000.

Part VII, Lines 44 - 47 - In reponse to the Committee's inquiry with respect to the 2017 report, these funds, which are 529 funds, do not make distributions; gains are added to the principal amount.

Part VII, Line 54 - Investment acquired in 2014 for $100,000.

Part VII, Line 55 - Investment acquired in 2014 for $200,000.

Part VII, Line 56 - Investment acquired in 2015 for $100,000.

Part VII, Line 57 - Investment acquired in 2015 for $100,000.

Part VII, Line 58 - Investment acquired in 2015 for $100,000.

Part VII, Line 59 - Investment acquired in 2015 for $100,000.

Part VII, Line 60 - Investment acquired in 2015 for $200,000.

Part VII, Line 61 - Investment acquired in 2016 for $100,000.

Part VII, Line 62 - Investment acquired in 2016 for $100,000.

Part VII, Line 63 - Investment acquired in 2016 for $100,000.

Part VII, Line 64 - Investment acquired in 2016 for $100,000.

Part VII, Line 65 - Investment acquired in 2017 for $250,000.

Part VII, Line 69 - Investment acquired in 2017 and 2018 for $500,000.

Part VII, Line 70 - Investment acquired in 2018 for $250,000.

Part VII, Line 71 - Investment acquired in 2017 for $100,000.

Part VII, Line 72 - Investment acquired in 2019 for $100,000.

Part VII, Line 73 - Investment acquired in 2018 for $100,000.

Part VII, Line 78 - Investment acquired in 2019 for $250,000.

Part VII, Line 86 - Investment acquired in 2019 for $250,000 and was inadvertely omitted from the 2019 report.

Part VII, Line 87 - Investment acquired in 2020 for $1000,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Beth P. Gesner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544